In the Matter of the Claim of THOMAS H. McCLURE, Respondent, against W. D. VAN VLIET & SON, Employer, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted February 24, 1939; decided April 4, 1939.

*Harold V. Angevine* and *James A. Hughes* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.